911 F.2d 731
 Unpublished Disposition
NOTICE: Sixth Circuit Rule 24(c) states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Sixth Circuit.
Felix Thomas BUCKMAN, Petitioner-Appellant,
v.
Dewey SOWDERS, Warden, Respondent-Appellee.
 No. 90-5327.
 United States Court of Appeals, Sixth Circuit.
 Aug. 20, 1990.
 
 Before RYAN and ALAN E. NORRIS, Circuit Judges, and CELEBREZZE, Senior Circuit Judge.
 
 ORDER
 
 1
 This appeal has been referred to a panel of the court pursuant to Rule 9(a), Rules of the Sixth Circuit.
 
 
 2
 A review of the record indicates that appellant appealed on February 22, 1990, from the report and recommendation of the magistrate filed February 15, 1990. An order of the magistrate is not appealable unless the magistrate is given plenary jurisdiction by the district court and by consent of the parties pursuant to 28 U.S.C. Sec. 636(c)(1). Tripati v. Rison, 847 F.2d 548 (9th Cir.1988); Ambrose v. Welch, 729 F.2d 1084, 1085 (6th Cir.1984) (per curiam); Trufant v. Autocon, Inc., 729 F.2d 308, 309 (5th Cir.1984) (per curiam). The magistrate was not given plenary jurisdiction in this case.
 
 
 3
 It is ORDERED that the appeal be, and it hereby is, dismissed for lack for jurisdiction. Rule 9(b)(1), Rules of the Sixth Circuit.